**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| DR. ERIC J. HALL, JR., DDS, PA, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | CASE NO.  4:19-cv-00335 |
| | ) | |
| v. | ) | JUDGE AMOS L. MAZZANT, III |
| | ) | |
| AFFORDABLE CARE, LLC f/k/a | ) | |
| AFFORDABLE CARE, INC.., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>ORDER</u>

Defendant's Motion to Stay Discovery Pending the Court's Ruling on Defendant's Motion to Compel Arbitration and Motion to Stay Pending the Outcome of the Arbitration is **GRANTED**.  It is therefore;

**ORDERED** that all discovery is stayed until such time as the Court rules on Defendant's Motion to Compel Arbitration. [Dkt. 9].

_____
Hon. Amos L. Mazzant, III
United States District Judge